FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 24 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| NICHOLAS ANTHONY NARBONE | 1:14-CR-26 |

I, Nicholas Anthony Narbone, the above named defendant, who is accused of conspiring to commit copyright infringement, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 24, 2014 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Nicholas Anthony Narbone
Defendant

_____
Gustavo Padron
Counsel for Defendant

Before _____
Gerrilyn G. Brill
United States Magistrate Judge