IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,        :
                                 :
              v.                 :
                                 :        CRIMINAL ACTION NO.
NICHOLAS ANTHONY NARBONE,         :        1:14-CR-0026-AT-2
                                 :

## ORDER

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") [Doc. 106] recommending that Movant's motion [Doc. 98] to vacate, set aside, or correct his federal sentence be DENIED. Movant has not filed any objections to the R&R.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the R&R that is the subject of a proper objection on a *de novo* basis and any non-objected portion on a "clearly erroneous" standard. Accordingly, the Court has reviewed the record in this case on a "clearly erroneous" basis.

After an independent review of the record, the Court finds that the R&R is correct. Accordingly, the Court ADOPTS the Magistrate Judge's R&R [Doc. 106];

and **DENIES** Defendant's Motion to Vacate, Set Aside, or Correct [Doc. 98].  A certificate of appealability (COA) is **DENIED**.

**IT IS SO ORDERED** this 6th day of May, 2019.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE